310 S.E.2d 348 (1983)
309 N.C. 819
AMERICAN NATIONAL INSURANCE COMPANY
v.
John Randolph INGRAM, Commissioner of Insurance, State of North Carolina.
No. 455P83.
Supreme Court of North Carolina.
December 6, 1983.
Moore, Van Allen & Allen, Charlotte, for the plaintiff.
Isham B. Hudson, Jr., Sp. Deputy Atty. Gen., Raleigh, for the State.
Plaintiff's petition for writ of certiorari to review the decision of the North Carolina Court of Appeals, 63 N.C.App. 38, 303 S.E.2d 649. Denied.